# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| SARAH BYERLY, on behalf of herself and others similarly situated, | ) ) ) Case No. 1:19-CV-1004 |
| Plaintiff, | ) ) Judge Sara Lioi |
| vs. | ) ) ) **JOINT MOTION FOR FINAL** |
| ROBIN INDUSTRIES, INC., | ) **APPROVAL OF CLASS ACTION** ) **SETTLEMENT AGREEMENT** ) |
| Defendant. | ) |

Plaintiff Sarah Byerly ("Representative Plaintiff", "Class Representative", or "Plaintiff"), on behalf of herself and others similarly situated, and Defendant Robin Industries, Inc. ("Defendant") respectfully and jointly move the Court to enter a final order approving, as fair, reasonable, and adequate, the Settlement of this class action pursuant to Fed. R. Civ. P. 23(e). A proposed Final Order and Judgment is attached as **Exhibit 1**.

On March 16, 2020, the Parties filed their Joint Motion for Preliminary Approval of Class Action Settlement. The Court entered its Preliminary Order Approving the Class Action Settlement Agreement and Notice on March 18, 2020. Based on that Order, the notice process has been completed, and distributions to the Representative Plaintiff and the Class Members have been calculated. (*See*, Declaration of Notice Administrator (hereinafter "NA Dec.") attached as **Exhibit 2**).

The Settlement resolves bona fide disputes involving alleged overtime violations under the Fair Labor Standards Act ("FLSA") and the Ohio Minimum Fair Wage Standards Act ("OMFWSA"), O.R.C. § 4111.03. Current and former employees covered by the Settlement consist of 1,299 Class Members, including Plaintiff, certified by the Court and defined as:

> All former and current non-exempt employees employed by defendant Robin Industries, Inc. that worked at one of defendant's Ohio facilities who worked forty (40) or more hours in one or more workweeks during the period of time from May 3, 2016 to January 29, 2020.

Points and authorities supporting approval of the settlement were submitted by the Parties in their Joint Motion for Preliminary Approval of Settlement. (ECF, Dkt #44). The Parties respectfully supplement that submission with the following information concerning the completion of notice to the Class Members, the results of the notice process, and the amended proposed distributions to Plaintiff and the Class Members set forth in the Table of Individual Payments.

**I.    NOTICE TO SETTLEMENT CLASS MEMBERS WAS COMPLETED**

The Court's Preliminary Approval Order certified the following class pursuant to Fed. R. Civ. P. 23, consisting of:

> All former and current non-exempt employees employed by defendant Robin Industries, Inc. that worked at one of defendant's Ohio facilities who worked forty (40) or more hours in one or more workweeks during the period of time from May 3, 2016 to January 29, 2020.

The Court approved the form of the Notice and directed that it be sent to the Class Members by United States mail. (ECF, Dkt #45).

The third-party administrator, Analytics Consulting, LLC ("Analytics"), was provided with a class list, which contained the names and last-known mailing addresses for 1,299 individuals. (NA Dec., ¶ 8). On April 6, 2020, Analytics mailed the Court-approved Notice to the Class Members by first-class mail. (*Id.* at ¶ 9.) Of the 1,299 notices sent out, 197 notices were returned as undeliverable. (*Id.* at ¶ 10). Analytics ran a "skip trace" on those undeliverable notices and located an updated address for 50 class members. (*Id.*). Analytics re-mailed Notices to those 50 Class Members, and also forwarded 19 notices that had a forwarding address provided by the U.S. Post Office. (*Id.*).

## II. THE RESULTS OF THE NOTICE PROCESS FAVOR APPROVAL

The Court-approved Notice gave Eligible Class Members forty-five (45) days, until May 21, 2020, in which to request exclusion from the Settlement or to object to the Settlement. A total of four Class Members opted out of the Settlement, and no Class Member objected to the Settlement. (NA Dec. at ¶¶ 12-13).

## II. CONCLUSION

For the reasons addressed herein and in the Joint Motion for Preliminary Approval of Class Action Settlement, the Parties respectfully ask the Court to approve this Settlement and enter the proposed Final Order and Judgment attached as **Exhibit 1**.

Respectfully submitted,

| **NILGES DRAHER LLC** | **KAUFMAN, DROZDOWSKI & GRENDELL, LLC** |
|---|---|
| */s/ Jeffrey J. Moyle* <br> Jeffrey J. Moyle (0084854) <br> 614 W. Superior Avenue, Suite 1148 <br> Cleveland, Ohio 44113 <br> Telephone: (216) 230-2955 <br> Fax: (330) 754-1430 <br> jmoyle@ohlaborlaw.com <br><br> Hans A. Nilges (0076017) <br> Shannon M. Draher (0074304) <br> 7266 Portage Street, NW, Suite D <br> Massillon, Ohio 44646 <br> Telephone: (330) 470-4428 <br> Fax: (330) 754-1430 <br> hans@ohlaborlaw.com <br> sdraher@ohlaborlaw.com <br><br> *Counsel for Plaintiff* | */s/ James M. Drozdowski (with permission)* <br> James M. Drozdowski (0065215) <br> Nancy A. Oliver (0071142) <br> 29525 Chagrin Boulevard, Suite 250 <br> Pepper Pike, Ohio 44122 <br> Tel: 440.462.6216 <br> Fax: 440.462.6504 <br> jim@kdglegal.com <br> nao@kdglegal.com <br><br> *Counsel for Defendant* |