# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| SARAH BYERLY, on behalf of herself and other similarly situated, | ) ) ) | CASE NO. 1:19-cv-1004 |
| PLAINTIFF, | ) ) | JUDGE SARA LIOI |
| vs. | ) ) ) ) | JUDGMENT ENTRY |
| ROBIN INDUSTRIES, INC., | ) ) ) | |
| DEFENDANT. | ) | |

For the reasons set forth in the contemporaneously filed final order approving the Rule 23 settlement, the parties' joint motion for final approval of the Rule 23 class action settlement (Doc. No. 47) is GRANTED. (Upon joint motion of the parties, the FLSA settlement was previously approved. *See* Doc. No. 45.) The Settlement Agreement is hereby APPROVED as it is a fair and reasonable resolution of a bona fide dispute under federal and state law. The parties are to bear their respective attorneys' fees and costs except as provided in the Settlement Agreement. The Court retains jurisdiction over this action for the purpose of enforcing the settlement. This case is dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: July 9, 2020

                                               **HONORABLE SARA LIOI**
                                               **UNITED STATES DISTRICT JUDGE**